**Order filed, December 30, 2019.**



### In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-19-00979-CR

_____

### TORY WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1557626**

---

## ORDER

The reporter's record in this case was due December 23, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Kathleen O'Connor Powers, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.